**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA NATIONAL SHIPBUILDING ) <br> EQUIPEMENT & MATERIALS ) <br> (EAST CHINA) CO. LTD., ) <br>     ) <br>     Plaintiff, ) <br>     ) <br>     ) <br>     v. ) <br>     ) <br>     ) <br> LALANI STEEL, INC. and ) <br> SHAMSUDDIN LALANI; ) <br>     ) <br>     Defendants. ) <br>     ) <br> _____ ) | CV 14-520 RSWL (DTBx) <br><br> **ORDER** |

The Parties have filed a myriad of documents stemming from Defendant Shamsuddin Lalani's ("Shamsuddin") July 3, 2014 Motion to Dismiss Complaint [9] requesting that this Court dismiss all claims against Defendant Shamsuddin.  Following the filing of that Motion, Plaintiff China National Shipbuilding Equipement & Materials (East China) Co. Ltd. ("Plaintiff") filed an untimely Response apparently stating that it had reached an agreement with Defendant

1

Shamsuddin and that Plaintiff was willing to "dismiss Defendant Lanlani [sic] as the [sic] Defendant." Dkt. # 13. Despite filing this apparent statement of non-opposition, Plaintiff then filed a "Motion to Cancel the Hearing Scheduled on August 19, 2014" on August 12, 2014 [16]. Attached to this document is a proposed consent order captioned as "Notice of Dismissal of All Claims Against Defendant Shamsuddun [sic] Lalani Pursuant to Consent of Defendant [sic] China National Shipbuilding Equipment [sic] & Materials (East China) Co. Ltd." and signed only by Plaintiff's counsel. Dkt. # 16-1. Defendant Shamsuddin followed that filing on August 13, 2014 by re-filing the purported proposed consent order attached to Plaintiff's August 12, 2014 Motion, but this time with both Parties' counsel's signatures [17]. Finally, on that same day, Defendant Shamsuddin filed yet another document, a "Notice of Withdrawal of Defendant Shamsuddun [sic] Lalani's Motion to Dismiss Complaint Filed by Plaintiff China National Shipbuilding Equipment [sic] & Materials (East China) Co. Ltd." seeking to withdraw his previous Motion to Dismiss [18].

    The Parties appear to be trying to stipulate to dismiss Defendant Shamsuddin from this Action without prejudice. The Court construes the Parties' filings (Dkt. ## 16-18) to constitute such a stipulation. Defendant Shamsuddin is hereby **DISMISSED** from this Action **without prejudice**. Furthermore, the Court finds

that Defendant Shamsuddin's July 3, 2014 Motion to Dismiss [9] is **MOOT**. As such, the Court **VACATES** the August 19, 2014 hearing date.

**IT IS SO ORDERED.**

DATED: August 13, 2014

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

3